UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| ARCELORMITTAL TUBULAR PRODUCTS, MICHIGAN SEAMLESS TUBE, LLC, PTC ALLIANCE CORP., WEBCO INDUSTRIES, INC. AND ZEKELMAN INDUSTRIES, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | SUMMONS<br><br>Court No: 23-00147 |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                      /s/ Mario Toscano
                                                      Clerk of the Court

1. <u>Name and Standing of Plaintiff.</u>

    Plaintiffs in this action are ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Webco Industries, Inc. and Zekelman Industries, Inc. As domestic producers of certain cold-drawn mechanical tubing of carbon and alloy steel ("CDMT"), a domestic like product, in the United States, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(C), that were parties to the proceeding that led to the determination being challenged. As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>

    The contested determination is the U.S. Department of Commerce's final results in the reinitiation of the 2nd annual administrative review of the antidumping order on certain cold-drawn mechanical tubing of carbon and alloy steel ("CDMT") from India with

respect to Goodluck India Limited for the Period of Review, June 1, 2019, through May 31, 2020 including the deposit rate assigned to future entries by Goodluck India Limited. See Certain Cold-Drawn Mechanical Tubing of Carbon and Alloy Steel From India: Final Results of Antidumping Duty Administrative Reviews of Goodluck India Limited; 2017–2019 and 2019–2020, 88 Fed. Reg. 41,384 (June 26, 2023); see also Certain Cold-Drawn Mechanical Tubing of Carbon and Alloy Steel from India: Notice of Second Amended Final Determination; Notice of Amended Order; Notice of Resumption of First and Reinitiation of Second Antidumping Duty Administrative Reviews; Notice of Opportunity for Withdrawal; and Notice of Assessment in Third Antidumping Duty Administrative Review, 86 Fed. Reg. 74,069 (Dec. 29, 2021) (AR1 Resumption and AR2 Reinitiation Notice).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the final determination and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3. Date of determination

    The U.S. Department of Commerce's final results were completed on June 16, 2023, and were published in the Federal Register on June 26, 2023.

4. If applicable, date of publication in Federal Register of notice of contested determination

    The determination was published in the Federal Register on December 28, 2021.  See Certain Cold-Drawn Mechanical Tubing of Carbon and Alloy Steel From India: Final Results of Antidumping Duty Administrative Reviews of Goodluck India Limited; 2017–2019 and 2019–2020, 88 Fed. Reg. 41,384 (June 26, 2023).

/s/ R. Alan Luberda
R. ALAN LUBERDA
DAVID C. SMITH
MELISSA M. BREWER
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400

Counsel to Proposed Defendant-Intervenors ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Webco Industries, Inc., and Zekelman Industries, Inc.

Dated:  July 26, 2023

## **SERVICE OF SUMMONS BY THE CLERK**

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant served.

      Bryan M. Boynton, Esq.
      Principal Deputy Assistant Attorney General, Civil Division
      Commercial Litigation Branch
      U.S. Department of Justice
      1100 L Street, N.W., Room 12124
      Washington, D.C. 20530

      General Counsel
      U.S. Department of Commerce
      14th Street & Constitution Avenue, N.W.
      Washington, D.C. 20230

By Hand:    Attorney-In-Charge
      International Trade Field Office
      Commercial Litigation Branch
      U.S. Department of Justice
      26 Federal Plaza
      New York, NY 10278-0001

      The Honorable Mario Toscano
      Clerk of the Court

Date:  July ___, 2023      By:_____

# CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

### ArcelorMittal Tubular Products, v. United States
### CIT Court No. 23-00147

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, R. Alan Luberda, hereby certify that on July 26, 2023, copies of the foregoing Summons, Form 5, Form 11, Form 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified or registered mail, return receipt requested:

## UPON THE UNITED STATES

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Bryan M. Boynton, Esq.
Principal Deputy Assistant Attorney General, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

## UPON THE U.S. DEPARTMENT OF COMMERCE

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Goodluck India Limited**

Ned H. Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP
1201 New York Avenue NW
STE 650
Washington DC 20005
Email: nmarshak@gdlsk.com

**On behalf of Tube Investments of India Ltd. and Tube Products of India**

Nithya Nagarajan, Esq.
Husch Blackwell LLP
750 17th Street, NW
Suite 900
Washington, DC 20006
Email: nithya.nagarajan@huschblackwell.com

                                                 /s/ R. Alan Luberda
                                                 R. ALAN LUBERDA
                                                 KELLEY DRYE & WARREN LLP