Form 7

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ARCELORMITTAL TUBULAR PRODUCTS,<br>MICHIGAN SEAMLESS TUBE, LLC,<br>PTC ALLIANCE CORP.,<br>WEBCO INDUSTRIES, INC. AND<br>ZEKELMAN INDUSTRIES, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | Court No: 23-00147<br>and Attached Schedule |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiffs, ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Webco Industries, Inc. and Zekelman Industries, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismiss the action listed on the attached schedule.

Dated:   August 25, 2023

                        Respectfully submitted,

                        /s/ David C. Smith
                        R. ALAN LUBERDA
                        DAVID C. SMITH
                        MELISSA M. BREWER
                        KELLEY DRYE & WARREN LLP
                        3050 K Street, N.W., Suite 400
                        Washington, DC 20007
                        (202) 342-8400

                        Counsel to Plaintiffs ArcelorMittal Tubular
                        Products, Michigan Seamless Tube, LLC, PTC
                        Alliance Corp., Webco Industries, Inc., and
                        Zekelman Industries, Inc.

**Schedule to Notice of Dismissal**

| Court Number | Plaintiffs' Names |
|---|---|
| 23-00147 | ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Webco Industries, Inc. and Zekelman Industries, Inc. |

**Order of Dismissal**

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiffs, is dismissed.

Dated: _____, 2023
       New York, New York

                                        Clerk, U.S. Court of International Trade

                                        By: _____
                                                Deputy Clerk